United States District Court

Eastern District of California

Kevin Bruce Johnson,

        Plaintiff,                    No. Civ. S 99-1421 DFL PAN P

   vs.                                Order

Cal A. Terhune,

        Defendants.

-oOo-

April 11, 2005, plaintiff requested an extension of time to oppose summary judgment. Good cause appearing, plaintiff's request is granted and the deadline is extended for 30 days after this order is signed. The pretrial conference and trial dates set in the July 13, 2004, scheduling order are vacated.

    So ordered.

    Dated: April 19, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge